# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JERI E. GALBRAITH,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| vs. | )  **CIV-07-397-R** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of the Social** | ) |
| **Security Administration,** | ) |
| | ) |
|    **Defendant.** | ) |

## ORDER

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 20. No Objection to the findings and Recommendation has been filed. Therefore, the Findings and Recommendation are **ADOPTED** in their entirety, the Commissioner's decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings.

IT IS SO ORDERED this 27th day of May 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE