**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **JERI E. GALBRAITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIV-07-397-R |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the Court are the Findings and Recommendation of United States Magistrate Judge Shon T. Erwin entered August 11, 2008. Doc. No. 29. No objection to the Findings and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Findings and Recommendation of the Magistrate Judge [Doc. No. 29] are ADOPTED and Plaintiff's motion for an attorney fee award of $3,828.00 under the EAJA [Doc. No. 23] is GRANTED and Plaintiff's motion for costs in the amount of $350.00 [Doc. No. 23] is DENIED.

IT IS SO ORDERED this 29th day of August, 2008

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE